**Order entered February 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00983-CR**
**No. 05-19-01002-CR**
**No. 05-19-01003-CR**

**EDUARDO ISAI REYES-BONILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-34785-P, F18-34298-P, & F18-34784-P**

## ORDER

Before the Court is court reporter Crystal Jones-Brown's February 11, 2020 second request for additional time to file the reporter's record in the above appeals. We **GRANT** the request and **ORDER** the reporter's record filed **ON OR BEFORE MARCH 8, 2020**.

/s/    CORY L. CARLYLE
          JUSTICE